```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
OLGUINE NOEL,                                               :
                                                            :
                              Petitioner,                   :
                                                            :          No. 12 Civ. 8183 (RA)
               -v-                                          :
                                                            :          ORDER AND NOTICE OF
ANDREA QUARANTILLO, District Director,                      :          INITIAL CONFERENCE
New York, United States Citizenship and                     :
Immigration Services, Department of Homeland                :
Security, et al.,                                           :
                                                            :
                              Respondents.                  :
                                                            :
------------------------------------------------------------X
```

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 03 2012

RONNIE ABRAMS, United States District Judge:

   This case has been assigned to me for all purposes. It is hereby:

   ORDERED that counsel for all parties appear for an initial status conference on January 25, 2013 at 2:30 p.m. in Courtroom 9B of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

   IT IS FURTHER ORDERED that, by January 18, 2013, the parties submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

   1. A brief description of the nature of the action and the principal defenses thereto;

   2. A brief explanation of why jurisdiction and venue lie in this Court;

   3. A brief description of all contemplated and/or outstanding motions;

   4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that, by January 18, 2013, the parties jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://nysd.uscourts.gov/judge/Abrams. The status letter and the proposed case management plan should be emailed to my chambers at the following address: Abrams_NYSDChambers@nysd.uscourts.gov. Please consult my Individual Rules and Practices with respect to communications with Chambers and related matters.

Petitioner is ordered to serve Respondents with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated: December 3, 2012
New York, New York

_____
Ronnie Abrams
United States District Judge