```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  JAN 09 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
OLGUINE NOEL,

              Plaintiff,

  - v -

ANDREA QUARANTILLO, New York District
Director, U.S. Citizenship and Immigration
Services, et al.,

              Defendants.
-----------------------------------------------------------------x

No. 12 Civ. 8183 (RA)

REVISED SCHEDULING ORDER

RONNIE ABRAMS, District Judge:

It is hereby Ordered that:

(i)    The Defendants' time to respond to the Complaint is extended to March 15, 2013;

(ii)   The parties shall appear for a status conference on _March 29, 2013 at 2:30 pm_, in Courtroom _1506_ of the United States District Court for the Southern District of New York, _40 Foley Square_, New York, New York.

(iii)  No later than seven days before the conference, the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

    (1)   A brief statement of the nature of the action and the principal defenses thereto;

    (2)   A brief explanation of why jurisdiction and venue lie in this Court;

    (3)   A brief description of all contemplated and/or outstanding motions;

    (4)   A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

    (5)   A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

    (6)   The estimated length of trial; and

1

(7)   Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that, by March 22, 2013, the parties jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://nysd.uscourts.gov/judge/Abrams. The status letter and the proposed case management plan should be emailed to my chambers at the following address: Abrams_NYSDChambers@nysd.uscourts.gov. Please consult my Individual Rules with respect to communications with chambers and related matters.

SO ORDERED.

Dated:   January 9, 2013
         New York, New York

RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE